## VAN BUSKIRK *against* BURR.

*E. WILLIAMS*, for the plaintiff, moved for leave to strike this cause from the calendar of enumerated motions, on the ground, that no copy of the demurrer book had been delivered to the plaintiff's attorney. He cited *Peck* v. *Peck*, 14 *Johns. Rep.* 219. *Delamater* v. *Smith*, 16 *Johns. Rep.* 2. 1 *Dunlap's Pr.* 328. 3 *Johns. Rep.* 426. note.

It *seems*, that the rule as to the service of a copy of a *case*, at, or before the time of giving notice of argument, does not apply to *Demurrer Books*.

*Burr*, contra, said, the cases cited did not relate to demurrer books ; and, according to the *English* practice, copies of demurrer books were not required to be delivered to the opposite side before argument. (1 *Tidd's Pr.* 460.)

*Per Curiam.* The rule of practice laid down in the cases cited by the plaintiff's counsel, related only to *cases* after verdict. There is no decision or rule that requires copies of the demurrer books to be delivered to the opposite party on giving notice of the argument.

Motion denied.